**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000410
04-FEB-2022
08:49 AM
Dkt. 60 ODSLJ**

NO. CAAP-21-0000410

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WC, Plaintiff-Appellee, v.
TC, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 18-1-0355)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that we lack appellate jurisdiction over self-represented Defendant-Appellant TC's (**Wife**) appeal from the Family Court of the Second Circuit's (**family court**) June 23, 2021 Order Denying [Wife]'s May 19, 2021 Motion and Affidavit for Post-Decree Relief (**Order Denying Post-Decree Relief**).

Part (2) of the family court's December 5, 2019 Decree Granting Absolute Divorce and Awarding Child Custody (**Decree**), concerning "child custody, visitation, and support" is not final because although it decides child custody and visitation, it reserves the issue of child support. See Eaton v. Eaton, 7 Haw. App. 111, 118-19, 748 P.2d 801, 805 (1987); Ferreira v. Ferreira, 112 Hawaiʻi 225, 231, 145 P.3d 768, 774 (App. 2006). Therefore, the Order Denying Post-Decree Relief, which denies Wife's request to modify the family court's visitation order but does not

resolve the issue of child support (which remains pending before the family court), is not an appealable post-Decree order.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 4, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge